O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST VOIGHT,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>C. GIPSON, WARDEN,<br><br>　　　　　Respondent. | ) Case No. SACV 12-1231-AG (DTB)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS,<br>) CONCLUSIONS AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>) |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

1

1       IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 30, 2014

                                  ANDREW J. GUILFORD
                                  UNITED STATES DISTRICT JUDGE