JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST VOIGHT, | ) Case No. SACV 12-1231-AG (DTB) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| C. GIPSON, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: April 30, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1